# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 15, 2014

### NO.  03-13-00462-CV

**Frank Ojeda, Jr., Appellant**

**v.**

**CitiMortgage, Inc., Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE JONES, JUSTICES PEMBERTON AND ROSE
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE ROSE**

This is an appeal from the judgment signed by the trial court on June 24, 2013.  Having reviewed the record, the Court holds that Frank Ojeda, Jr. has not prosecuted his appeal and did not comply with a notice from the clerk of this Court.  The appeal is thus subject to dismissal.  Therefore, the Court dismisses the appeal for want of prosecution.  Because appellant is indigent and unable to pay costs, no adjudication of costs is made.